# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TFB MIDATLANTIC 4, LLC, et al.,** | : | Civil No. 1:21-CV-299 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **THE LOCAL CAR WASH, INC., et al.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 6th day of October 2022, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the plaintiffs' motion for partial summary judgment (Doc. 78) is DENIED, and the defendants' motion for summary judgment (Doc. 77) is GRANTED. The parties shall prepare a joint case management plan regarding how the parties prefer to move forward on the issue of damages on the defendants' counterclaims **on or before October 24, 2022**.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge